# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT JEAN, et al. | ) | CASE NO. 1:04 CV 1904 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE DAVID S. |
| | ) | PERELMAN |
| THE STANLEY WORKS, et al. | ) | |
| | ) | **STIPULATED DISMISSAL** |
| Defendants. | ) | **WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal without prejudice of the remaining claims of Plaintiffs Fidel (Pepe) Tallet, Jerry Mead, Rick Williams, Joe Zollo, Rob Love, Harlan Grantham, Stan Schwartz and Vince Bainter ("Plaintiffs"), reserving all rights of Plaintiffs except that Plaintiffs will not later move pursuant to Rule 24 to intervene in the above-captioned action.

*s/Andre F. Toce, Sr.*
Andre F. Toce, Sr. (La. #16769; TX #795900)
*Andre'@toce.com*
Joseph Arshawsky (MN #679; CA#135891)
*joe@toce.com*
TOCE FIRM
P.O. Box 158
Broussard, Louisiana 70518-0158
(337) 233-6818 (telephone)
(866) 306-9336 (facsimile)

Elwood C. Stevens, Jr. (La. #12459)
*attyecs@aol.com*
Law Offices of Elwood C. Stevens
1205 Victor II Blvd.
Morgan City, Louisiana 70381-2626
(985) 384-8611 (telephone)
(985) 385-4861 (fax)

Attorneys for Plaintiffs

*s/Thomas S. Kilbane*
Thomas S. Kilbane (0005938)
*tkilbane@ssd.com*
Steven A. Friedman (0060001)
*sfriedman@ssd.com*
Amy C. Hocevar (0075510)
*ahocevar@ssd.com*
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500 (telephone)
(216) 479-8780 (facsimile)

Attorneys for Defendant
The Stanley Works

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

March 12, 2009
```